IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DORIS MINOR,<br>as personal representative of<br>the Estate of Angela Dukes, deceased;<br>1605 West Avenue, NE<br>Washington, DC 20002<br><br>Plaintiff,<br><br>vs.<br><br>GUIDANT SALES CORPORATION,<br>111 Monument Circle 29th Floor<br>Indianapolis, IN 46204<br><br>Defendant. | CIVIL ACTION NO. _____ |

## NOTICE OF REMOVAL BY GUIDANT SALES CORPORATION

Guidant Sales Corporation ("GSC"), pursuant to the provisions of 28 U.S.C. § 1441(a) and (b) and 28 U.S.C. § 1446, files this Notice of Removal of this cause from the Superior Court for the District of Columbia to the United States District Court for the District of Columbia. In support of this Notice of Removal, GSC states as follows:

1. On May 23, 2006, Plaintiff filed this action against GSC. A copy of Plaintiff's Complaint filed in the Superior Court for the District of Columbia is attached as "Exhibit A." The action is styled as *Doris Minor, as personal representative of the Estate of Angela Dukes, deceased; 1605 West Avenue, NE, Washington, DC 20002, Plaintiff vs. Guidant Sales Corporation, 111 Monument Circle 29th Floor Indianapolis, IN 46204*, in the Superior Court for the District of Columbia.

2. On June 15, 2006, Plaintiff sent by certified mail the summons and complaint to GSC, which was the first pleading received by GSC setting forth the claims for

relief on which this action is based. Therefore, GSC timely files this Notice of Removal within 30 days of service, and within one year of the commencement of this action as required by 28 U.S.C. § 1446(b). Further, GSC has not answered Plaintiff's Complaint, or otherwise appeared in the state court action. Accordingly, removal of this action is timely. No previous application for removal has been made.

3. This suit is an action of which this Court has original jurisdiction under the provisions of Title 28, United States Code, Section 1332, and is one that may be removed to this Court under the provisions of Title 28, United States Code, Section 1441. Removal under Section 1441 is appropriate in that there exists complete diversity of citizenship between Plaintiff and Defendant in the underlying cause, and the amount in controversy exceeds $75,000. This action is being removed to the District Court for the district where the action is pending.

4. Plaintiff is a citizen of the District of Columbia. *See* Complaint at Caption and at ¶ 3.

5. GSC is a foreign corporation. GSC is an Indiana corporation with its principal place of business in Indianapolis, Indiana. Thus, pursuant to 28 U.S.C. § 1332(c)(1), Guidant Sales Corporation is a citizen of Indiana.

6. Pursuant to 28 U.S.C. § 1332, complete diversity of citizenship exists between Plaintiff and Defendant.

7. Based on Plaintiff's allegations and the damages sought, the amount in controversy exceeds $75,000, exclusive of interest and costs. Plaintiff has sued GSC for negligence and products liability. Plaintiff seeks damages relating to "conscious pain and

132022v1

suffering, mental anguish, discomfort, inconvenience and other physical and emotional injuries, and also financial costs, including the cost of the hospital and burial expenses of the Decedent and loss of future earnings." *See* Complaint at ¶ 7. Plaintiff seeks damages in the amount of five million dollars ($5,000,000). *See* Complaint.

8. As demonstrated above, this Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332(a) because the amount in controversy, exclusive of interest and costs, exceeds the sum or value of $75,000 and is between citizens of different states.

9. A copy of this Notice of Removal is being served on Plaintiff and filed with the Superior Court for the District of Columbia.

WHEREFORE, GSC gives notice that the matter styled as *Doris Minor, as personal representative of the Estate of Angela Dukes, deceased; 1605 West Avenue, NE, Washington, DC 20002, Plaintiff vs. Guidant Sales Corporation, 111 Monument Circle 29th Floor Indianapolis, IN 46204,* in the Superior Court for the District of Columbia is removed to the United States District Court for the District of Columbia, and requests that this Court retain jurisdiction for all further proceedings.

Respectfully submitted,

Carlos E. Provencio, Bar No. 461227
SHOOK, HARDY & BACON L.L.P.
600 14th Street, N.W., Suite 800
Washington, D.C. 20005-2004
Telephone: (202) 783-8400
Facsimile: (202) 783-4211

OF COUNSEL:
Timothy A. Pratt
Deborah A. Moeller
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108
Telephone: (816) 474-6550
Telefax: (816) 421-5547
ATTORNEYS FOR DEFENDANT
GUIDANT SALES CORPORATION

132022v1

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing on Aroon Roy Padharia, Attorney for Plaintiff, at 1717 K St, NW, Suite 600, Washington, D.C. 20036, via Ordinary U.S. Mail this 6th day of July, 2006.

_____
Carlos E. Provencio, Bar No. 461227
ATTORNEY FOR DEFENDANT