# Exhibit A



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

DORIS MINOR
Vs.
GUIDANT SALES CORPORATION

C.A. No.   2006 CA 003994 B

### INITIAL ORDER

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order, and any General Order issued **by the judge** to whom the case is assigned. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(o).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

Chief Judge Rufus G. King, III

Case Assigned to: Judge MARY A. TERRELL
Date: May 24, 2006
Initial Conference: 9:15 am, Friday, August 25, 2006
Location: Courtroom 219
           500 Indiana Avenue N.W.
           WASHINGTON, DC 20001

Caio.doc

CA Form 1

## Superior Court of the District of Columbia
### CIVIL DIVISION
500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001 Telephone: 879-1133

| DORIS MINOR, Personal Representative |
|---|

*Plaintiff*

VS.

| GUIDANT SALES CORPORATION |
|---|

*Defendant*

0003994-06

Civil Action No. [       ]

### SUMMONS

To the above named Defendant:

    You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government you have 60 days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear **below.** If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

    You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W. between 9:00 am. and 4:00 pm., Mondays through Fridays or between 9:00 am. and 12:00 Noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Clerk of the Court*

| Aroon Roy Padharia |
|---|
Name of Plaintiff's Attorney

| 1717 K Street, NW., Suite 600 |
|---|
Address

| Washington, D.C. 20036 |
|---|

| 202-508-1450 |
|---|
Telephone

By _____
Deputy Clerk

Date 5/24/06

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

Form CV(6)-456/Mar. 93        NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

IMPORTANT: IF YOU FAIL TO SERVE AND FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, DO NOT *FAIL TO ANSWER WITHIN THE REQUIRED TIME*.

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (628-1161) or the Neighborhood Legal Services (682-2700) for help or come to Room JM 170 at 500 Indiana Avenue, N.W., for more information concerning where you may ask for such help.

IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

DORIS MINOR                                  *
as personal representative of
the Estate of ANGELA DUKES, deceased *
1605 West Avenue, NE
Washington, DC 20002                         *

       Plaintiff                        *

vs.                                          Case Number: 0003994-06

GUIDANT SALES CORPORATION        *
111 Monument Circle 29th Floor
Indianapolis, IN  46204

       Defendant



RECEIVED
CIVIL CLERK'S OFFICE
MAY 2 3 2006
SUPERIOR COURT
OF THE DISTRICT OF COLUMBIA
WASHINGTON, DC

### COMPLAINT
### Negligence, Product liability, Survival Action, Jury Demand)

Doris Minor, individually and as personal representative of the Estate of Angela Marie Dukes, deceased, by counsel, William H. Jackson, sues defendant Guidant Sales Corporation and for her cause of action states as follows:

COUNT I (Negligence)

1. This Court has jurisdiction over this matter pursuant to section 11-921 of the District of Columbia Code, in that the tortious acts and omissions took place in District of Columbia.

2. The Plaintiff Doris Minor is the sister of Angela Marie Dukes, deceased, who died on or about 23 May 2003, intestate, and is the Personal Representative of the Estate of Angela Marie Dukes. Defendant Guidant Sales Corporation is engaged in the sale, distribution and technical monitoring of pacemakers and conducts such business in the District of Columbia, among other places.

3. At all times material, the deceased, Angela Marie Dukes, was a citizen of the United States residing in the District of Columbia.

4. Angela Marie Dukes died, on or about 23 May 2003 after a pacemaker implant at Providence Hospital, and Doris Minor, her sister, maintains her action in her capacity as Personal Representative of the Estate of Angela Marie Dukes, deceased. The next of kin are Florita Washington, the Decedent's sister, Johnnie Edward Dukes, her brother.

5. Defendant Guidant Sales Corporation provided the pacemaker used on the decedent and thus owed Angela Marie Dukes the duty to provide a pacemaker that was functioning properly and to provide Providence Hospital with technical support in its monitoring of the pacemaker.

6. Notwithstanding that duty and in breach thereof the Defendant negligently failed to provide a properly functioning pacemaker and failed to monitor the pacemaker properly resulting in malfunctioning of the pacemaker. .

7. As a direct and proximate result of the aforesaid negligence of the Defendant, the Decedent, Angela Marie Dukes, endured significant conscious pain and suffering, mental anguish, discomfort, inconvenience, and other physical and emotional injuries, and also financial loss, including the cost of the hospital and burial expenses of the Decedent and loss of future earnings.

WHEREFORE the Plaintiff Doris Minor, Personal Representative of the estate of Angela Dukes, demands judgement against the Defendant in the amount of five million dollars ($5,000,000.

## COUNT II

8 Plaintiff hereby incorporates the allegations set forth in paragraphs 1 through 7 into this count II which states a claim for product liability.

9. The Defendant placed the pacemaker implanted into the decedent in the stream of commerce in a defective and unreasonably dangerous condition and said pacemaker reached the decedent without any substantial change in its condition and it was it that condition at the time of the injury to the decedent.

10 The injury to the decedent and associated pain and suffering were proximately caused by the defect in the pacemaker.

WHEREFORE the Plaintiff Doris Minor, Personal Representative of the Estate of Angela Dukes, demands judgment against the Defendant in the amount of five million dollars ($5,000,000.00) plus costs.

Respectfully Submitted,

                                                     Aroon Roy Padharia, DC Bar # 470038
                                                     1717 K Street, NW, Suite 600
                                                     Washington, D.C. 20036
                                                     Phone No; 202-508-1450

## Jury Demand

Plaintiff requests a jury trial as to all issues in this case.

Aroon Roy Padharia
Counsel for the Plaintiff.

# Superior Court of the District of Columbia
CIVIL DIVISION — CIVIL ACTIONS BRANCH

## INFORMATION SHEET

0003994-06

**DORIS MINOR, Personal Representative**
vs.
**GUIDANT SALES CORPORATION**

Case Number: _____
Date: May 23, 2006

Name: Aroon Roy Padharia
Firm Name: _____
Telephone No.: 202-508-1450
Unified Bar No.: 470038

Relationship to Lawsuit:
● Attorney for Plaintiff
○ Self (Pro Se)
Other: _____

TYPE OF CASE: ○ Non-Jury    ○ 6 Person Jury    ● 12 Person Jury

Demand: $ _____    Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED

Case No. _____ Judge _____ Calendar # _____
Case No. _____ Judge _____ Calendar # _____

NATURE OF SUIT: *(Check One Box Only)*

| A. CONTRACTS | | COLLECTION CASES |
|---|---|---|
| ☐ 01 Breach of Contract | ☐ 07 Personal Property | ☐ 14 Under $25,000 Pltf. Grants Consent |
| ☐ 02 Breach of Warranty | ☐ 09 Real Property-Real Estate | ☐ 16 Under $25,000 Consent Denied |
| ☐ 06 Negotiable Instrument | ☐ 12 Specific Performance | ☐ 17 OVER $25,000 |
| ☐ 15 Other: | | |

| B. PROPERTY TORTS | | |
|---|---|---|
| ☐ 01 Automobile | ☐ 03 Destruction of Private Property | ☐ 05 Trespass |
| ☐ 02 Conversion | ☐ 04 Property Damage | ☐ 06 Other: |
| ☐ 07 Shoplifting, D.C. Code § 3441 | | |

| C. PERSONAL TORTS | | |
|---|---|---|
| ☐ 01 Abuse of Process | ☐ 09 Harassment | ☒ 17 Personal Injury |
| ☐ 02 Alienation of Affection | ☐ 10 Invasion of Privacy | ☐ 18 Wrongful Death |
| ☐ 03 Assault and Battery | ☐ 11 Libel and Slander | ☐ 19 Wrongful Eviction |
| ☐ 04 Automobile | ☐ 12 Malicious Interference | ☐ 20 Other: |
| ☐ 05 Deceit (Misrepresentation) | ☐ 13 Malicious Prosecution | ☐ 21 Asbestos |
| ☐ 06 False Accusation | ☐ 14 Malpractice Legal | ☐ 22 Toxic/Mass Torts |
| ☐ 07 False Arrest | ☐ 15 Malpractice Medical | |
| ☐ 08 Fraud | ☒ 16 Negligence | |

Form CV(6)-496/Feb. 95

D. **OTHERS**

I.
- ☐ 01 Accounting
- ☐ 02 Att. Before Judgment
- ☐ 04 Condemnation (Emin. Domain)
- ☐ 05 Ejectment
- ☐ 07 **Insurance/Subrogation Under $25,000 Pltf. Grants Consent**
- ☐ 08 Quiet Title
- ☐ 09 Special Writ (Specify)

- ☐ 10 T.R.O./Injunction
- ☐ 11 Writ of Replevin
- ☐ 12 Enforce Mechanics Lien
- ☐ 16 Declaratory Judgment
- ☐ 17 Merit Personnel Act (D.C. Code Title 1, Chapter 6)
- ☐ 18 Product Liability
- ☐ 24 Application to Confirm, Modify, Vacate Arbitration Award (D.C. Code 164315)

- ☐ 25 Other:
- ☐ 26 Insurance/Subrogation Under $25,000 Consent Denied
- ☐ 27 Insurance/Subrogation Over $25,000

II.
- ☐ 03 Change of Name
- ☐ 06 Foreign Judgment
- ☐ 13 Correction of Birth Certificate
- ☐ 14 Correction of Marriage Certificate

- ☐ 15 Libel of Information
- ☐ 19 Enter Administrative Order as Judgment [6-2713(h) or 36-3 19(a)]
- ☐ 20 Master Meter (D.C. Code 43-541, et seq.)

- ☐ 21 Petition for Subpoena [Rule 28-1(b)]
- ☐ 22 Release Mechanics Lien
- ☐ 23 Rule 27 (a)(l) (Perpetuate Testimony)



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

DORIS MINOR
Vs.                                                C.A. No.      2006 CA 003994 B
GUIDANT SALES CORPORATION

**INITIAL ORDER**

   Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

   (1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

   (2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order, and any General Order issued **by the judge** to whom the case is assigned. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(o).

   (3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

   (4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

   (5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

                                                            Chief Judge Rufus G. King, III

Case Assigned to: Judge MARY A. TERRELL
Date:  May 24, 2006
Initial Conference: 9:15 am, Friday, August 25, 2006
Location:  Courtroom 219
           500 Indiana Avenue N.W.
           WASHINGTON, DC 20001

                                                            Caio.doc

CA Form 1

# Superior Court of the District of Columbia
## CIVIL DIVISION
500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001 Telephone: 879-1133

DORIS MINOR, Personal Representative

*Plaintiff*

VS.

GUIDANT SALES CORPORATION

*Defendant*

Civil Action No. 0003994-06

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon your exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government you have 60 days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear **below**. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue. N.W. between 9:00 am. and 4:00 pm., Mondays through Fridays or between 9:00 am. and 12:00 Noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Clerk of the Court*

Aroon Roy Padharia
Name of Plaintiff's Attorney

1717 K Street, NW., Suite 600
Address
Washington, D.C. 20036

202-508-1450
Telephone

By [signature]
Deputy Clerk

Date 5/24/06

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

Form CV(6)-454/Mar. 98

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

IMPORTANT: IF YOU FAIL TO SERVE AND FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, DO NOT *FAIL TO ANSWER WITHIN THE REQUIRED TIME*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (628-1161) or the Neighborhood Legal Services (682-2700) for help or come to Room JM 170 at 500 Indiana Avenue, N.W., for more information concerning where you may ask for such help.

**CERTIFIED MAIL**

7004 0750 0003 2919 2373

Law Office of Aroon R. Padharia
1717 K Street, NW., Suite 600
Washington, D.C. 20036

Guidant Sales Corporation
111 Monument Cir. 29th Floor
Indianapolis, IN 46204



U.S. POSTAGE
PAID
SILVER SPRING,MD
20906
JUN 15,'06
AMOUNT
$5.12
00050106-07

46204

CERTIFIED MAIL
7004 0750 0003 2919 2373

Guidant Sales Corporation
111 Monument Cir. 29th Floor
Indianapolis, IN 46204

Law Office of Aroon R. Padharia
1717 K Street, NW., Suite 600
Washington, D.C. 20036