- 1 -

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DORIS MINOR,<br>as personal representative of<br>the Estate of Angela Dukes, deceased;<br>1605 West Avenue, NE<br>Washington, DC 20002<br><br>Plaintiff,<br><br>vs.<br><br>GUIDANT SALES CORPORATION,<br>111 Monument Circle 29th Floor<br>Indianapolis, IN 46204<br><br>Defendant. | CIVIL ACTION NO. _____ |

## GUIDANT SALES CORPORATION'S CORPORATE DISCLOSURE STATEMENT

Pursuant to FED. R. CIV. P. 7.1, Guidant Sales Corporation states the following:

1. Guidant Sales Corporation is a wholly-owned subsidiary of Cardiac Pacemakers, Inc., which is a wholly-owned subsidiary of Guidant Corporation. Effective as of April 21, 2006, Guidant Corporation is a wholly-owned subsidiary of Boston Scientific Corporation. Based on currently available information, no publicly held company or investment fund holds a 10% or greater ownership interest in Boston Scientific Corporation.

- 1 -

132043v1

DATED this 6th day of July, 2006.

_____
Carlos E. Provencio, Bar No. 461227
SHOOK, HARDY & BACON L.L.P.
600 14th Street, N.W., Suite 800
Washington, D.C. 20005-2004
Telephone: (202) 783-8400
Facsimile: (202) 783-4211

OF COUNSEL:
Timothy A. Pratt
Deborah A. Moeller
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108
Telephone:    (816) 474-6550
Telefax:      (816) 421-5547

ATTORNEYS FOR DEFENDANT
GUIDANT SALES CORPORATION

132043v1

## CERTIFICATE OF SERVICE

      I hereby certify that I served a copy of the foregoing on Aroon Roy Padharia, Attorney for Plaintiff, at 1717 K St, NW, Suite 600, Washington, D.C. 20036, via Ordinary U.S. Mail this 6th day of July, 2006.

                                                                      _____
                                                                       Carlos E. Provencio, Bar No. 461227
                                                                       ATTORNEY FOR DEFENDANT

132043v1