IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DORIS MINOR, as personal representative of the Estate of Angela Dukes, deceased; 1605 West Avenue, NE Washington, DC 20002<br><br>Plaintiff,<br><br>vs.<br><br>GUIDANT SALES CORPORATION, 111 Monument Circle 29th Floor Indianapolis, IN 46204<br><br>Defendant. | CIVIL ACTION NO. 1:06cv01224 |

**GUIDANT SALES CORPORATION'S MOTION TO STAY ALL PROCEEDINGS
IN THIS COURT PENDING TRANSFER TO MDL 1708**

Guidant Sales Corporation ("GSC") hereby moves the Court pursuant to Rule 6(b) of the Federal Rules of Civil Procedure to stay all proceedings – including, but not limited to, (i) the time period for GSC to answer or otherwise respond to Plaintiff's Complaint, (ii) the period for initial disclosures pursuant to Rule 26 of the Federal Rules of Civil Procedure, and (iii) other discovery and pretrial deadlines -- pending the Judicial Panel on Multidistrict Litigation's ("JPML") decision regarding transfer of Plaintiff's claims against GSC to MDL 1708. In support of this motion, GSC states:

1. Plaintiff's claims in this action arise out of a cardiac medical device[1] allegedly sold, distributed and monitored by GSC and implanted in Angela Dukes.

2. Over 400 cases involving cardiac medical devices manufactured by Cardiac Pacemakers, Inc. ("CPI") have been filed in or removed to federal courts throughout the country.

---

[1] Cardiac Pacemakers, Inc. ("CPI"), a wholly-owned subsidiary of Guidant Corporation, designed and manufactured the medical device at issue in this case.

- 1 -

132045v1

On November 7, 2005, the JPML established an MDL Court and began transferring cases involving these cardiac devices to the United States District Court for the District of Minnesota for consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407, attached hereto as **Exhibit A**. Among the primary purposes of consolidating these cases cited by the JPML was to conserve judicial resources and to avoid inconsistent rulings.

3. As set forth in the Memorandum of Law, filed contemporaneously with this Motion, proceedings involving claims such as those presented in this case are routinely stayed pending transfer to an MDL Court. Since the MDL Court was created, nearly 350 cases have already been transferred or ordered to be transferred to that Court, and more cases are in the process of being transferred.

4. Shortly, GSC will notify the JPML that Plaintiff's claims against GSC are appropriate for transfer to the MDL Court. *See, e.g.,* Defendants 23rd Notice of Potential Tag-Along Actions, attached hereto as **Exhibit B**. GSC expects that the JPML will transfer this case promptly.

5. A stay of all proceedings in this Court pending transfer is appropriate because such a stay will promote judicial economy and consistency. Transfer of this case will permit the MDL Court to decide consistently the many issues that are likely to arise in the cases pending against GSC, as well as Guidant Corporation and CPI, throughout the country.

6. A stay in this Court pending transfer to the MDL Court will not prejudice Plaintiff. Once Plaintiff's claims are pending in the MDL Court, the parties will be subject to a rigorous pretrial schedule.

132045v1

7. Counsel for GSC left a message for counsel for Plaintiff late last week to ask if he would consent to this motion but, as of the time of the filing of this motion, has not yet heard back from him and therefore does not know Plaintiff's position

Respectfully submitted on July 10, 2006.

_/s/ Carlos E. Provencio_
Carlos E. Provencio, Bar No. 461227
SHOOK, HARDY & BACON L.L.P.
600 14th Street, N.W., Suite 800
Washington, D.C. 20005-2004
Telephone: (202) 783-8400
Facsimile: (202) 783-4211

OF COUNSEL:
Timothy A. Pratt
Deborah A. Moeller
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108
Telephone:   (816) 474-6550
Telefax:     (816) 421-5547

ATTORNEYS FOR DEFENDANT
GUIDANT SALES CORPORATION

132045v1

## CERTIFICATE OF SERVICE

       I hereby certify that I served a copy of the foregoing on Aroon Roy Padharia, Attorney for Plaintiff, at 1717 K St, NW, Suite 600, Washington, D.C. 20036, via Ordinary U.S. Mail this 10th day of July, 2006.

                               /s/ Carlos E. Provencio
                               Carlos E. Provencio, Bar No. 461227
                               ATTORNEY FOR DEFENDANT

132045v1